## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>Mario Ramos (1),<br><br>                                    Defendant. | Case No. 23cr1914-JAH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☒   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the defendant for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment:

Count 1 – 21:952, 960 – Importation of Fentanyl.
Count 2 – 21:841(a)(1) – Possession of Fentanyl with Intent to Distribute.

Dated:   4/19/2024

Hon. John A. Houston
United States District Judge